UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, *et al.*,

                                   Plaintiffs,

                    -v-

TUZMAN HOLDINGS, INC., *et al.*,

                                   Defendants.

25-CV-9686 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Tuzman Holdings, Inc. ("Tuzman Holdings"), was served on December 8, 2025.  (ECF No. 13.)  However, no appearance has been entered on Tuzman Holdings' behalf, and no response to the complaint has been filed in the allotted time.  Plaintiffs have not moved for a default judgment against Tuzman Holdings.

Plaintiffs are directed to notify the Court whether they intend to move for default judgment against Tuzman Holdings, or if they have received any communication from Tuzman Holdings or its counsel regarding a response to the complaint.

If Plaintiffs fail by June 18, 2026, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Tuzman Holdings, the action may be dismissed for failure to prosecute.

Plaintiffs are directed to serve a copy of this order by mail on Tuzman Holdings.

SO ORDERED.

Dated:  May 29, 2026
        New York, New York

_____
J. PAUL OETKEN
United States District Judge