UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS PLAN,

Plaintiffs,

-v-

TUZMAN HOLDINGS, INC. f/k/a JENKINTOWN BUILDING SERVICES, INC.,

Defendant.
---------------------------------------------------------------------------X

Index No.
25-cv-9686

**DEFAULT JUDGMENT**

On application by Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Supplemental Retirement and Savings Plan, brought on by Notice of Motion before the Honorable J. Paul Oetken, U.S.D.J., and Tuzman Holdings, Inc., formerly known as Jenkintown Building Services, Inc., having been duly noticed of this proceeding, and the court having considered all submissions made by the parties, if any:

**IT IS HEREBY ADJUDGED** that Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Supplemental Retirement and Savings Plan, having their principal place of business at 25 West 18th St., New York, New York 10011, do recover of Defendant Tuzman Holdings, Inc., formerly known as Jenkintown Building Services, Inc. and having a last known address at 707 Rambler Rd., Elkins Park, PA 19027, unpaid contributions principal, interest, and liquidated damages, in the amount of **$16,221.71**, and that Plaintiffs have judgment therefor.

SO ORDERED.

Date: September 22, 2026

By: ______________________
J. PAUL OETKEN
United States District Judge